UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-60895-GAYLES/REID

**PETER CUNNINGHAM**,

    Petitioner,

v.

**MARK INCH,**
**Secretary, Department of Corrections**,

    Defendant.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (the "Report") [ECF No. 18] regarding Petitioner Peter Cunningham's Petition under 28 U.S.C. § 22554 by a Person in Custody Pursuant to a State Court Judgment (the "Petition") [ECF No. 1]. On April 4, 2019, Petitioner filed his *pro se* Petition, pursuant to 28 U.S.C. § 2254, challenging his state court convictions and sentence following a jury verdict in Broward County Circuit Court. [ECF No. 1]. The matter was referred to Judge Reid, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 2]. On October 20, 2020, Judge Reid issued her Report recommending that the Petition be denied and a certificate of appealability be denied. [ECF No. 18]. On November 6, 2020 and November 9, 2020, Petitioner filed Notices of Appeal to the United States Court of Appeals for the Eleventh Circuit. [ECF Nos. 19 & 20]. On November 23, 2020, the Court closed this matter for

administrative purposes pending a resolution of the appeal. [ECF No. 21]. However, no appeal has been filed to date. Moreover, neither party has filed objections to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Reid's well-reasoned analysis and recommendation that the Petition be denied and a certificate of appealability be denied.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report and Recommendation, [ECF No. 18], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Petitioner Peter Cunningham's Petition under 28 U.S.C. § 22554 by a Person in Custody Pursuant to a State Court Judgment, [ECF No. 1], **DENIED**.

3. No certificate of appealability shall issue.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of March, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE